EDWARD OVERTON vs. SANFORD STANLEY et al.

Plaintiff having entered defendants' default for not pleading, having forgotten the terms of stipulation between them, which defendants refused to show, it was set aside: costs to abide event.

*Motion by defendants to set aside default for not pleading, and subsequent proceedings for irregularity.*—The plaintiff having given time to plead by stipulation to 10th Nov., and forgotten the time thus given entered default for want of plea, on the 8th November. Defendant served pleas on the 9th, which plaintiff returned by his clerk, saying the default was entered; that he had forgotten the terms of stipulation, which defendant's attorney refused to show: Wherefore motion was granted without costs, but at plaintiff's election with cost, to abide the event.

A. TABER, *Defts Counsel.* RAYMOND & CLARK, *Defts Attys.*
J. HOLMES, *Plff's Counsel.* J. W. & J. E. WHITE, *Plff's Attys.*

*Decision.*—Motion granted with costs of making and opposing motion to abide event.

---

JOHN GIFFORD vs. MILLER BABBOTT.

Plaintiff's excuse for leave to stipulate to try a second time.

*Motion by defendant for judgment, as in case of nonsuit, after stipulation.*—Plaintiff's excuse for not trying is, that about four weeks previous to the circuit one of his material witnesses left for Michigan and some [65 others of the Western States, and has not yet returned, but is expected to return this season. Soon after serving notice of trial in the cause, plaintiff ascertained said witness had gone, and immediately countermanded the notice.

R. W. PECKHAM, *Defts Counsel.* THOS. H. FLANDRAN, *Defts Atty.*
J. EDWARDS, *Plff's Counsel.* W. & C. TRACEY, *Plff's Attys.*

*Per Curiam.*—The excuse is sufficient for plaintiff to renew his stipulation.

*Decision.*—Motion granted unless plaintiff renew his stipulation to try at the next Oneida circuit, and pay costs of circuit up to notice of countermand, and ten dollars costs of this motion.